UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW HAMPSHIRE

IN RE:

Christopher W. Eckler

CHAPTER 11
CASE NO. 08-11686 MWV

LIMITED OBJECTION TO THE THIRD AMENDED DISCLOSURE STATEMENT
( Property Located at 3-5 ½ Union Street, Nashua, NH )

Now Comes GMAC Mortgage, LLC and files its limited objection to the Debtor's Third Amended Disclosure Statement.

In support of its objection, GMAC Mortgage, LLC states as follows:

1. GMAC is the holder of the first mortgage on the debtor's property located 3-5 ½ Union Street, Nashua, NH.

2. The debtor lists this claim as impaired and identifies it as Claim #16. The Debtor has agreed to the valuation of $170,000.00 which GMAC obtained for this property and therefore GMAC will hold a secured claim in that amount. However, the debtor fails to propose an interest rate. GMAC asserts that the interest rate should reflect the appropriate risk factors to protect GMAC's participation in this restructuring. The present contract rate is 6.625%.

WHEREFORE, GMAC Mortgage, LLC respectfully submits that the present Third Disclosure Statement is deficient in this respect.

Respectfully submitted,

/s/ Deirdre M. Keady
Deirdre M. Keady, Esquire
BNH 05045
HARMON LAW OFFICES, P.C.
P.O. Box 610345
Newton Highlands, MA 02461-0345
781-292-3925
617-243-4049 (fax)
dkeady@harmonlaw.com

Dated: August 10, 2009

DMK//200810-0837/Eckler, Christopher