# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW HAMPSHIRE

In re:                                                                           Bk. No. 08-11686-MWV
                                                                                          Chapter 11

Christopher W. Eckler,
        Debtor(s)

## ORDER OF THE COURT — ADEQUACY OF DISCLOSURE STATEMENT

| | |
|---|---|
| Hearing Date: | **8/18/09** |
| Appeared: | Atty. **Leonard G. Deming** for Debtor(s) |
| | Atty. **Geraldine Karonis** for United States Trustee |
| | Atty. **Daniel Sklar, Holly Kilibarda** for LNR |
| | Atty. **Thomas Trettor** for Indy Mac Bank |
| Nature of Proceeding: | **HEARING RE ADEQUACY OF DISCLOSURE STATEMENT DATED JULY 23, 2009, filed by the Debtor** (Court Doc. No. 372) |
| Outcome of Hearing: | **AN AMENDED DISCLOSURE STATEMENT PURSUANT TO THE FINDINGS SET FORTH ON THE RECORD THIS DATE SHALL BE FILED ON OR BEFORE SEPTEMBER 15, 2009. A CONTINUED HEARING ON THE DISCLOSURE STATEMENT WILL BE HELD ON SEPTEMBER 22, 2009 AT 11:00 A.M.** |

                                                                     IT IS SO ORDERED:

                                                   /s/ Mark W. Vaughn        8/18/09
                                                 Mark W. Vaughn          Date
                                                 Chief Judge